John E. Pollino, OSB No. 925202
jpollino@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendants Lively,
    Symes, Mixon, Ogletree Deakins,
    and Seymour

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANDREW CLARK<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, OGLETREE DEAKINS NASH SMOAK STEWART, P.C., OREGON BAR ASSOCIATION, LEAH C LIVELY, DAVID P.R. SYMES, CHRISTOPHER MIXON, MICHAEL HOGAN, ALEX GARDNER, ERIK HASSELMAN, STEVEN SEYMOUR, CHRISTIAN ROWLEY, BENJAMIN GUTMAN, BARRY DAVIS, DAVID CAMPBELL, BRUCE NEWTON, PETER URIAS, ELLEN ROSEBLUM, SABASTIAN NEWTON TAPIA, BEN MILLER, and VANESSA NORDYKE<br><br>    Defendants. | Case No.    6:20-cv-00253-AA<br><br>**DEFENDANTS' OGLETREE, DEAKINS, NASH, SMOAK, STEWART, P.C., LEAH LIVELY, DAVID P.R. SYMES, CHRISTOPHER MIXON, AND STEVEN SEYMOUR'S MOTION FOR PROTECTIVE ORDER AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**<br><br>Pursuant to Fed. R. Civ. P. 26(c)<br><br>Request for Oral Argument |

**LOCAL RULE 7-1 CERTIFICATION**

    The undersigned counsel made a good faith effort to confer with Plaintiff *pro se* regarding the substance of this motion, including each claim, defense and issue raised herein, by email. Unfortunately, the parties were unable to resolve the issues.

## MOTION

Defendants Ogletree, Deakins, Nash, Smoak, Stewart, P.C., Leah Lively, David P.R. Symes, Christopher Mixon, And Steven Seymour ("defendants"), by and through their counsel, John E. Pollino, hereby respectfully move this Court for a Protective Order pursuant to Fed. R. Civ. P. 26(c). Further, pursuant to 28 U.S.C. § 1651(a), the defendants request this Court enter an order declaring Plaintiff a vexatious litigant and prohibiting Plaintiff from filing future complaints.

This motion is supported by the Memorandum in Support of Defendants' Motion for a Protective Order and Motion to Declare Plaintiff a Vexatious Litigant; the Declaration and Exhibits in Support of Defendants' Motion to Dismiss, Motion for a Protective Order, and Motion to Declare Plaintiff a Vexatious Litigant; and the trial court file.

DATED this 9th day of April, 2020.

GARRETT HEMANN ROBERTSON P.C.

*s/ John E Pollino*
John E Pollino
OSB No. 925202
503-581-1501
503-581-5891 (FAX)
jpollino@ghrlawyers.com
Of Attorneys for Defendants Ogletree, Deakins, Nash,
Smoak & Stewart, P.C., Leah Lively, Steven Seymour,
Christopher Mixon, and David Symes

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Defendant's Motion for a Protective Order and Motion to Declare Plaintiff a Vexatious Litigant** on the date indicated below,

[X]  Via First-Class Mail with postage prepaid
[X]  Via Electronic Filing
[ ]  Via Facsimile Transmission
[ ]  Via Hand Delivery
[ ]  Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by electronic filing notice), addressed to said person(s) at their last known addresses indicated below:

Andrew Clark
3270 Stoney Ridge Rd.
Eugene, OR 97405
*Phone:541-510-3915*
*Email:operationsunriselaw@gmail.com*
   Plaintiff *pro se*

Helen M. McFarland (OSB No 013176)
Seyfarth Shaw LLP
800 5th Avenue
Ste 4100
Seattle, WA 98104
*Phone: 206-946-4923*
*Email: hmcfarland@seyfarth.com*
   Of Attorney for Defendant's Wells Fargo, Christian Rowley, and Peter Urias

Christian Rowley
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
*Phone:(415) 544-1001*
*Fax: (415) 397-8549*
*Email: crowley@seyfarth.com*
   Of Attorney for Defendant's Wells Fargo, Christian Rowley, and Peter Urias

Nik T. Chourey (*OSB No. 060478*)
Amber A. Hollister *(OSB No. 035458)*
Oregon State Bar
16037 SW Upper Boones Ferry Rd
P.O. Box 231935
Tigard, OR 97281-1935
*Phone:(503) 431-6312*
*Fax: (503) 598-6912*
nchourey@osbar.org
ahollister@osbar.org
   Of Attorneys for Oregon State Bar

Jessica B. Spooner (*OSB No. 105919*)
Department of Justice
1162 Court St. NE
Salem, OR 97301
*Phone: 503-947-4700*
*Fax: 503-947-4791*
Email: *Jessica.Spooner@doj.state.or.us*
   Of Attorneys for defendant's Alex Gardner, Erik Hasselman, Ellen Rosenblum,

Tom C. Spooner (*OSB No. 075310*)
Spooner & Much, P.C.
530 Center Street NE
Ste 712
Salem, OR 97301
503-378-7777
Email: tspooner@smapc.com
   Of Attorney for Barry Davis

CERTIFICATE OF SERVICE: Clark v. Wells Fargo, et al.                                              Page - 3

Benjamin Gutman and Vanessa Nordyke
Billy M. Sime (*OSB 823932*)
Parks Bauer Sime Winkler & Ferney LLP
570 Liberty Street SE
Suite 200
Salem, OR 97301
*(503) 371-3502*
*Fax: (503) 371-0429*
*Email:* bsime@pbswlaw.com
    Of Attorney for David Campbell

David A. Jacobs (*OSB No. 942202*)
Luvaas Cobb
777 High Street
Suite 300
Eugene, OR 97401
*Phone: (541)484-9292*
*Fax: (541)343-1206*
*Email:* djacobs@luvaascobb.com
    Of Attorney for Bruce Newton

Sebastian Tapia (*OSB No. 043761*)
Lane County Office of Legal Counsel
Lane County Courthouse
125 East 8th Avenue
Eugene, OR 97401
*Phone: 541-682-3728*
*Fax: 541-682-3803*
*Email:* sebastian.tapia@co.lane.or.us
    Of Attorney for Sabastian Newton Tapia

Sivhwa Go (*OSB No. 033252*)
Eugene City Attorney's Office
125 E 8th Avenue
Eugene, OR 97401
*Phone: 541-682-8447*
*Fax:: 541 682-5414*
*Email:* hgo@eugene-or.gov
    Of Attorney for Ben Miller

DATED this 9th day of April, 2020.

GARRETT HEMANN ROBERTSON P.C.

*s/ John E Pollino*
John E Pollino
OSB No. 925202
503-581-1501
503-581-5891 (FAX)
jpollino@ghrlawyers.com
Of Attorneys for Defendants Ogletree, Deakins, Nash,
Smoak & Stewart, P.C., Leah Lively, Steven Seymour,
Christopher Mixon, and David Symes

4814-3192-0311, v. 1