John E. Pollino, OSB No. 925202
jpollino@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendants Lively,
    Symes, Mixon, Ogletree Deakins,
    and Seymour

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| ANDREW CLARK<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, OGLETREE DEAKINS NASH SMOAK STEWART, P.C., OREGON BAR ASSOCIATION, LEAH C LIVELY, DAVID P.R. SYMES, CHRISTOPHER MIXON, MICHAEL HOGAN, ALEX GARDNER, ERIK HASSELMAN, STEVEN SEYMOUR, CHRISTIAN ROWLEY, BENJAMIN GUTMAN, BARRY DAVIS, DAVID CAMPBELL, BRUCE NEWTON, PETER URIAS, ELLEN ROSEBLUM, SABASTIAN NEWTON TAPIA, BEN MILLER, and VANESSA NORDYKE<br><br>    Defendants. | Case No.    6:20-cv-00253-AA<br><br>**DECLARATION OF JOHN POLLINO IN SUPPORT OF DEFENDANTS' OGLETREE, DEAKINS, NASH, SMOAK, STEWART, P.C., LEAH LIVELY, DAVID P.R. SYMES, CHRISTOPHER MIXON, AND STEVEN SEYMOUR'S MOTION TO DISMISS, MOTION FOR PROTECTIVE ORDER, AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT** |

I, John Pollino, under penalty of perjury, hereby declare as follows:

1.    I am an attorney licensed to practice law in the state of Oregon.

2. I am the attorney of record for Ogletree, Deakins, Nash, Smoak, Stewart, P.C., Leah Lively, David P.R. Symes, Christopher Mixon, and Steven Seymour ("Defendants Ogletree Deakins") in Case No. 6:20-cv-00253-AA.

3. I make this Declaration based upon personal knowledge and am competent to testify to all facts herein.

4. Attached to this Declaration as *Exhibit 1* is a true and correct copy of the Complaint in *Wells Fargo Bank, N.A. v. Clark*, No. 6:11-cv-06248-HO, 2012 US Dist LEXIS 145145, (D. Or. Oct. 5, 2012) ("*Clark I*").

5. Attached to this Declaration as *Exhibit 2* is a true and correct copy of the Decision and Order Granting Respondent's Motion for Summary Decision in the Department of Labor Complaint filed by Plaintiff, No. 2012-SOX-00003.

6. Attached to this Declaration as *Exhibit 3* is a true and correct copy of the Order Granting Plaintiff's Motion for Summary Judgment and Second Motion for Contempt against Andrew Clark in *Clark I*.

7. Attached to this Declaration as *Exhibit 4* is a true and correct copy of the Order Awarding Attorneys' Fees against Andrew Clark in *Clark I*.

8. Attached to this Declaration as *Exhibit 5* is a true and correct copy of the Complaint in *Clark v. Wells Fargo Bank, N.A.*, No. 6:13-cv-01546-AA, 2014 US Dist LEXIS 90114, (D. Or. July 1, 2014) ("*Clark III*").

9. Attached to this Declaration as *Exhibit 6* is a true and correct copy of the Memorandum in Support of Defendant's Motion for Appointment of Guardian Ad Litem for Plaintiff, or in the Alternative, for Dismissal in *Clark III*.

10. Attached to this Declaration as *Exhibit 7* is a true and correct copy of the Opinion and Order dismissing Plaintiff's case in *Clark III* against Wells Fargo.

/ / / /

11. Attached to this Declaration as *Exhibit 8* is a true and correct copy of the Complaint in *Clark v. Hasselman*, No. 6:14-cv-01103-TC, 2016 US Dist LEXIS 83076 (D. Or. Apr. 4, 2016) ("*Clark IV*").

12. Attached to this Declaration as *Exhibit 9* is a true and correct copy of the Order for Plaintiff to Show Cause in *Clark IV*.

13. Attached to this Declaration as *Exhibit 10* is a true and correct copy of the Findings and Recommendation issued by Magistrate Judge Thomas Coffin in *Clark IV*.

14. Attached to this Declaration as *Exhibit 11* is a true and correct copy of Plaintiff's Response to Order to Show Cause in *Clark IV*, filed by Marianne Dugan, Plaintiff's counsel.

15. Attached to this Declaration as *Exhibit 12* is a true and correct copy of the Order dismissing Ogletree, Deakins, Nash, Smoak & Stewart, P.C. with prejudice from *Clark IV*.

16. Attached to this Declaration as *Exhibit 13* is a true and correct copy of the Ninth Circuit's Memorandum Opinion in Plaintiff's appeal of the judgment against him in *Clark I*.

17. Attached to this Declaration as *Exhibit 14* is a true and correct copy of the civil docket for *Clark I*.

18. Attached to this Declaration as *Exhibit 15* is a true and correct copy of the criminal docket for Lane County Case No. 211314234, State of Oregon v. Andrew Clark.

19. Attached to this Declaration as *Exhibit 16* is a true and correct copy of the civil docket for *Clark III*.

20. Attached to this Declaration as *Exhibit 17* is a true and correct copy of the civil docket for *Clark IV*.

21. Attached to this Declaration as *Exhibit 18* is a true and correct copy of multiple communications from Plaintiff to various defendants in this matter from March 5, 2020, to March 23, 2020 (attorney-client privileged communications redacted).

/ / / /

DECLARATION OF JOHN POLLINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, MOTION FOR PROTECTIVE ORDER, AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT: Clark v Wells Fargo Bank

Page - 3

22. Attached to this Declaration as *Exhibit 19* is a true and correct copy of an email documenting that Plaintiff sent the same April 2, 2020 fax to at least 20 different Ogletree offices.

23. I certify that on April 8, 2020, I wrote to Plaintiff to confer regarding the dismissal of Plaintiff's complaint and to discuss the bases for the filing of the defendants' motions. Plaintiff disputed the bases for filing defendants' motions and thus the motions are submitted for the Court's consideration. True and correct copies of my communication and Plaintiff's responses are attached as *Exhibit 20.*

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

									  John E Pollino

DECLARATION OF JOHN POLLINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, MOTION FOR PROTECTIVE ORDER, AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT: Clark v Wells Fargo Bank

Page - 4

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Declaration of John Pollino in Support of Defendant's Motion to Dismiss and Declare Plaintiff a Vexatious Litigant** on the date indicated below,

[X] Via First-Class Mail with postage prepaid
[X] Via Electronic Filing
[ ] Via Facsimile Transmission
[ ] Via Hand Delivery
[ ] Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by electronic filing notice), addressed to said person(s) at their last known addresses indicated below:

Andrew Clark
3270 Stoney Ridge Rd.
Eugene, OR 97405
*Phone:541-510-3915*
*Email:operationsunriselaw@gmail.com*
  Plaintiff *pro se*

Helen M. McFarland (OSB No 013176)
Seyfarth Shaw LLP
800 5th Avenue
Ste 4100
Seattle, WA 98104
*Phone: 206-946-4923*
*Email: hmcfarland@seyfarth.com*
  Of Attorney for Defendant's Wells Fargo, Christian Rowley, and Peter Urias

Christian Rowley
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
*Phone:(415) 544-1001*
*Fax: (415) 397-8549*
*Email: crowley@seyfarth.com*
  Of Attorney for Defendant's Wells Fargo, Christian Rowley, and Peter Urias

Nik T. Chourey (*OSB No. 060478*)
Amber A. Hollister (*OSB No. 035458*)
Oregon State Bar
16037 SW Upper Boones Ferry Rd
P.O. Box 231935
Tigard, OR 97281-1935
*Phone:(503) 431-6312*
*Fax: (503) 598-6912*
nchourey@osbar.org
ahollister@osbar.org
  Of Attorneys for Oregon State Bar

Jessica B. Spooner (*OSB No. 105919*)
Department of Justice
1162 Court St. NE
Salem, OR 97301
*Phone: 503-947-4700*
*Fax: 503-947-4791*
Email: *Jessica.Spooner@doj.state.or.us*
  Of Attorneys for defendant's Alex Gardner, Erik Hasselman, Ellen Rosenblum, Benjamin Gutman and Vanessa Nordyke

Tom C. Spooner (*OSB No. 075310*)
Spooner & Much, P.C.
530 Center Street NE
Ste 712
Salem, OR 97301
503-378-7777
Email: tspooner@smapc.com
  Of Attorney for Barry Davis

CERTIFICATE OF SERVICE: Clark v Wells Fargo, et al.

| | |
|---|---|
| Billy M. Sime (*OSB 823932*)<br>Parks Bauer Sime Winkler & Fernety LLP<br>570 Liberty Street SE<br>Suite 200<br>Salem, OR 97301<br>*(503) 371-3502*<br>*Fax: (503) 371-0429*<br>*Email: bsime@pbswlaw.com*<br>   Of Attorney for David Campbell | David A. Jacobs (*OSB No. 942202*)<br>Luvaas Cobb<br>777 High Street<br>Suite 300<br>Eugene, OR 97401<br>*Phone: (541)484-9292*<br>*Fax: (541)343-1206*<br>*Email: djacobs@luvaascobb.com*<br>   Of Attorney for Bruce Newton |
| Sebastian Tapia (*OSB No. 043761*)<br>Lane County Office of Legal Counsel<br>Lane County Courthouse<br>125 East 8th Avenue<br>Eugene, OR 97401<br>*Phone: 541-682-3728*<br>*Fax: 541-682-3803*<br>*Email: sebastian.tapia@co.lane.or.us*<br>   Of Attorney for Sabastian Newton Tapia | Sivhwa Go (*OSB No. 033252*)<br>Eugene City Attorney's Office<br>125 E 8th Avenue<br>Eugene, OR 97401<br>*Phone: 541-682-8447*<br>*Fax:: 541 682-5414*<br>*Email: hgo@eugene-or.gov*<br>   Of Attorney for Ben Miller |

DATED this 9th day of April, 2020.

          GARRETT HEMANN ROBERTSON P.C.


          *s/ John E Pollino*
          John E Pollino
          OSB No. 925202
          503-581-1501
          503-581-5891 (FAX)
          jpollino@ghrlawyers.com
          Of Attorneys for Defendants Ogletree, Deakins, Nash,
          Smoak & Stewart, P.C., Leah Lively, Steven Seymour,
          Christopher Mixon, and David Symes