# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
## Eugene, Oregon Division

Andrew Clark, Plaintiff
3270 Stoney Ridge Rd.
Eugene, OR 97405   541.510.3915
OperationSunriseLaw@gmail.com

**Civil Complaint Case: 6.cv-20-253-aa**

Reply to April 9, 2020 Response by Mr. Pollino

Wells Fargo and Company
420 Montgomery St. San Francisco, CA 94163
as Voluntary or Mandatory
Intervenor for Plaintiff

Objection to Mr. Pollino's Motion for Protective Order.

April 27, 2020

**vs.** Defendants:

Wells Fargo Bank, et al

## Objection to Motion for Protective Order and
## Reply to Mr. Pollino and Client's April 9, 2020 Response
This Part of the Reply Applies to All/Most Defendants

Attached is an email to Pam Holsinger, AUSA-DOJ Portland dated April 23, 2020. It summarizes now-obvious truth about Ogletree Deakins, Leah Lively, David PR Symes, and Steven Seymour et al. Their 'Motion for Protective Order' is totally disingenuous and must be denied by the Court. It represents perjury and further "intimidation of a Federal Witness" typical of their past obstructive conduct in this court and elsewhere. Their response only acts to strengthen the case against them.

Defendants: the reason for bringing DOJ (etc.) in on this is two-fold:

1) As described in my complaint - in late-2013 local FBI agent Ken Jamison told me to use the courts for a "civil compromise" of crimes I alleged were committed against me. About a month ago, I was informed that "federal witness tampering" is a crime against the legal system and I lack legal right to engage in "civil compromise" around it. I corrected that oversight using Docket 56 and by bringing United States attorneys in to "sprinkle holy water" on our upcoming ADR activities (gentle hint :)

2) I suspected a problem <u>within the court</u> in the way my motions were denied causing all the facts and evidence to be totally bypassed without adjudication. That is best seen in the PACER record of case 13-01103. A dozen or so Motions of Adjudicative Fact were placed into the court along with reasonable evidence. The PACER record of the case and the appeal shows how all of them were bypassed as a batch without even referencing their title or purpose in all the courts. When I saw indications of it happening here… I reported it.

I see no evidence that anyone at Wells Fargo is aware of the actual details of this situation. That only makes it worse; it does not excuse them. All indications are that the involved attorneys do whatever they want in the name of Wells Fargo…which pays the bill endlessly without ever being aware of why they are in court. As necessary, I will input another motion later for Wells Fargo and Company to intervene on mandatory basis.

## This Part of the Reply Applies Mostly to the April 9, 2020 Pleadings of Mr. Pollino et al.

My complaint accurately describes and documents every issue that Attorney Pollino raises in defense of his clients in his April 9 filing.. I was compelled to report an ethics violation against Mr. Pollino with the State Bar and other authorities. He lied to the court with his LR-7 filing claiming we conferred when in fact we did not as demonstrated with his email. Docket 56 is a formal Federal Crime Report proving Federal Witness Tampering by Wells Fargo/Ogletree Deakins. It is now obvious to all why Ogletree Deakins et al committed the series of RICO crimes against me and did so much to make it difficult to detect and report to others.

Mr. Pollino is incorrect regarding Wells Fargo and Company (WFC) as intervenor in this case involving its Bank. My complaint explains how the proven violent tampering concurrent with the Department of Labor Sarbanes-Oxley Investigation (Docket 56) criminally implicates WFC management in violations of 18 USC 1519. They would want to avoid that. My complaint frequently accuses Ogletree Deakins and Seyfarth Shaw of violating the WFC external attorney engagement policy. My complaint frequently references how my 'reporting' is per WFC training and policy. They would want to correct deficiencies and shortcomings in relationships with their agents.

This lawsuit gives WFC the opportunity to investigate and correct the situation to avoid criminal culpability and avoid being joined as a defendant (or separately sued). Anti-trust laws give a parent company an obligation to control actions of their subsidiaries. That is why I expect (demand) a response regarding intervenor from WFC personnel. <u>Failure to respond proves the 18 USC 1519</u>

<u>criminal violation against their Responsible Corporate Officers. It proves that WFC has a retaliatory and non-working internal reporting system in criminal violation of Sarbanes-Oxley and subjects their responsible corporate officers to federal criminal charges.</u>

My April 20 (partial) reply to Defendants addressed many of their concerns such as FRCP 12(b)(6) and statute of limitations. What I wrote is Truth. What they wrote is lies to conceal their crime. It is perjury and just more obstruction of justice…which is the ongoing RICO crime. No court has looked at any facts or evidence in this case. Tolling begins when obstruction ends.

A special note regarding Mr. Pollino's attempted use of FRCP 26(c) as a basis for action by the court. FRCP are "rules". You don't reference "rules" as a reason to continue committing and concealing major federal felonies such as the underlying Hobbs Act violation. The stalking conviction to which Mr. Pollino refers is fully evidenced in my complaint as false arrest and entirely manufactured crime…a particularly odious RICO crime that constitutes a violation of the Hobbs Act, 18 USC 1951. There was no stalking and there was no stalking protection order. It was the result of defendants such as then-prosecutor Erik Hasselman being unduly influenced as their own letters in the exhibits show and inputting fraudulent data into local justice systems. The stipulated agreement is an exhibit in my complaint which explains it is a Hobbs Act Violation as it awards third party benefits under color of official right and under life-threatening duress.

Ogletree Deakins started their work against me while I was still employed. They were the ones doing the May 2011 "special investigation" of me. I discovered a records request made almost two months before termination. It was from a staff member of Ogletree Deakins in Portland, OR to a state agency. I assert that is possible evidence of an unusual form of labor racketeering: using their client's workforce as a Chicken-Ranching Operation to set up future legal "work" aka more ways to bill out big fees. I have not even touched upon the SOX investigation results and how Docket 78 in 11-06248 was used to gain summary judgment.

### Outside my Scope Due to Lack of Clear Standing

Ogletree Deakins is almost certainly not the only ones using illegal and coercive means to accomplish pecuniary objectives. It appears the much of the profession called "Employment Law" is designed install policy in the workplace that <u>results</u> in later legal fee opportunities for themselves or others. Whatever they claim their intentions are, it goes without saying that "getting paid" is at the top of their

list. It appears that much of the entire legal industry is designed to install gigantic laws such as Family Act, Sarbanes-Oxley, Obamacare, or Dodd-Frank which primarily pay hoards of attorneys; any person can download the .pdf of those laws and see that the TITLE has little-to-nothing to do with the content. Among the most odd is the endless, massive spending in the medical industry on "patient privacy" as again demonstrated in the actual title of Obamacare.

Nobody seems to actually care about "patient privacy". Almost nobody reads the forms and they have to be signed in order to get service. Most people either can't or don't hide extreme details of each and every possible medical problem from others. Among the many violations I reported at Lane County Jail was how, on a pre-trial basis, I was forced to provide the Lane County Jail with a complete record of my prescriptions. That is one small detail in an ocean of bigger fish to fry in my case involving Federal Witness Tampering and a major federally-insured bank.

Signed and Sworn to as Truth

*[signature]*  4-27-20

Plaintiff Pro Se Andrew Clark  3270 Stoney Ridge Rd.  Eugene, Oregon 97405

541.510.3915  www.RisePatriot.com (police/court av)  www.WellsFargoWitz.com (family court av)

 **Gmail**

Operation SunriseLAW <operationsunriselaw@gmail.com>

## Let's Talk Progress. We are VICTIMS. Bar Association and the Courts was
1 message

**Operation SunriseLAW** <operationsunriselaw@gmail.com>        Thu, Apr 23, 2020 at 12:21 PM
To: Nik Chourey <nchourey@osbar.org>, pamala.holsinger@usdoj.gov

Nik.... I am sending this only to you and Pamala Holsinger, AUSA. Bar Association and the Courts were 'punked' by Wells Fargo/Ogletree Deakins elaborately constructed lies that represent their nationwide business model. I am pretty sure you (and everyone else) is suddenly horrified when they saw that simple proof of federal witness tampering (docket 56). That is why I think we should find some way to settle our situation in ADR... I am certain my case is both right and righteous. I have been at this way longer than any citizen should have to. I am a victim in need of relief. I honestly think you folks should reach out with healing hands.

Here is the problem and it even affects my response due them pursuant to their April 9 response filing. All my obligations continue as this drags on. Also.... <u>Judge Michael Hogan will most likely show absolutely no mercy for Leah Lively, Ogletree Deakins, and Steven Seymour.</u> He trusted her as you can see in the other attachment (the motion 78 transcript). Think of that crime: lying to a federal judge about a bank emergency in order to use the court as a method of concealing their highly physical federal witness tampering....and then billing it out to the bank.

The police report in Docket 56 is dated July 11, 2011 and it clearly implicates Wells Fargo and Ogletree in:

1. Corruption of our local police in a very demeaning, insulting way
2. Corruption of FBI Processes
3. Systematically lying to Judge Hogan to get him to accept the SLAPP on emergency basis.
4. Use of official system to self-generate a large cost bill against me (dkt 137 in 11.06248)
5. The worst possible RICO crimes against me. They are actually worse than simple murder in this corporate case. That is why we do Clayton/Sherman.
6. Lying to Eric Hasselman, our then-major violent crimes prosecutor to the extent it constitutes a Hobbs Act violation. Steven Seymour knew exactly what he was doing...he may not have been told WHY..
7. Viciously concealing it in all courts including this one with obvious lies and perjury that represent just another act of RICO in their continuing crime spree.
8. Fraudulently using (or causing others to use) official systems against the law and the evidence. Worst is the possible fraudulent use of NIBRS detailed in my complaint due to infinite downstream effects of entry into that database...they would have told Judge Hogan I was considered a violent threat and the judge would have trusted the NCIC-Nibrs record. Who could imagine Wells Fargo and Ogletree Deakins doing stuff like that?

The flagrant, devious nature of the crimes by Leah Lively, David PR Symes, Ogletree Deakins, and Steven Seymour are the worst crimes ever committed by a group of attorneys... ever. Nothing like it has ever been seen in a federally insured banking situation. It is the very pinnacle of crime. It is just like Murdering the Justice System. And...they do it in a fashion to make it all sound CRAZY.

Anyway.... imagine it was YOU they did all that really nasty to you.... you would want to put it in Higher Hands because the situation is worser than worst, settle, and move on. I should not have to worry about this every day. Thanks from Andy Clark 541.510.3915

---

**2 attachments**

 **Case 20-000253 Reply-Copy.pdf**
319K

**motionfact1_optimize.pdf**
2202K

Case 20-00253    Clark vs. Wells Fargo et al    Reply to Mr. Pollino's Clients    5 of 5

https://mail.google.com/mail/u/0?ik=3e05261087&view=pt&search=all&permthid=thread-a%3Ar1057693125301905327&simpl=msg-a%3Ar105273567...    1/1