John E. Pollino, OSB No. 925202
jpollino@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendants Lively,
    Symes, Mixon, Ogletree Deakins,
    and Seymour

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANDREW CLARK<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, OGLETREE DEAKINS NASH SMOAK STEWART, P.C., OREGON BAR ASSOCIATION, LEAH C LIVELY, DAVID P.R. SYMES, CHRISTOPHER MIXON, MICHAEL HOGAN, ALEX GARDNER, ERIK HASSELMAN, STEVEN SEYMOUR, CHRISTIAN ROWLEY, BENJAMIN GUTMAN, BARRY DAVIS, DAVID CAMPBELL, BRUCE NEWTON, PETER URIAS, ELLEN ROSEBLUM, SABASTIAN NEWTON TAPIA, BEN MILLER, and VANESSA NORDYKE<br><br>Defendants. | Case No. 6:20-cv-00253-AA<br><br>**DECLARATION OF JOHN POLLINO IN SUPPORT OF DEFENDANTS' OGLETREE, DEAKINS, NASH, SMOAK, STEWART, P.C., LEAH LIVELY, DAVID P.R. SYMES, CHRISTOPHER MIXON, AND STEVEN SEYMOUR'S REPLIES IN SUPPORT OF MOTION TO DISMISS, MOTION FOR PROTECTIVE ORDER, AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT** |

I, John Pollino, under penalty of perjury, hereby declare as follows:

1. I am an attorney licensed to practice law in the state of Oregon.

DECLARATION OF JOHN POLLINO IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF MOTION TO DISMISS, MOTION FOR PROTECTIVE ORDER, AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT: Clark v Wells Fargo Bank

Page - 1

2.	I am attorney of record for Ogletree, Deakins, Nash, Smoak, Stewart, P.C., Leah Lively, David P.R. Symes, Christopher Mixon, and Steven Seymour ("Defendants Ogletree Deakins") in Case No. 6:20-cv-00253-AA.

3.	I make this Declaration based upon personal knowledge and am competent to testify to all facts herein.

4.	Attached to this Declaration as *Exhibit 1* is a true and correct copy of multiple communications from Plaintiff to various defendants in this matter from April 8, 2020 (the date I emailed Plaintiff to confer), to April 29, 2020 (attorney-client privileged communications redacted).

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

_____
John E Pollino

DECLARATION OF JOHN POLLINO IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF MOTION TO DISMISS, MOTION FOR PROTECTIVE ORDER, AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT: Clark v Wells Fargo Bank

Page - 2

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Declaration of John Pollino in Support of Defendant's Replies in Support of Motion to Dismiss and Declare Plaintiff a Vexatious Litigant** on the date indicated below,

    [X]    Via First-Class Mail with postage prepaid
    [X]    Via Electronic Filing
    [ ]    Via Facsimile Transmission
    [ ]    Via Hand Delivery
    [ ]    Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by electronic filing notice), addressed to said person(s) at their last known addresses indicated below:

| | |
|---|---|
| Andrew Clark<br>3270 Stoney Ridge Rd.<br>Eugene, OR 97405<br>*Phone:541-510-3915*<br>*Email:operationsunriselaw@gmail.com*<br>   Plaintiff *pro se* | Helen M. McFarland (OSB No 013176)<br>Seyfarth Shaw LLP<br>800 5th Avenue<br>Ste 4100<br>Seattle, WA 98104<br>*Phone: 206-946-4923*<br>*Email: hmcfarland@seyfarth.com*<br>   Of Attorney for Defendant's Wells Fargo, Christian Rowley, and Peter Urias |
| Christian Rowley<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>*Phone:(415) 544-1001*<br>*Fax: (415) 397-8549*<br>*Email: crowley@seyfarth.com*<br>   Of Attorney for Defendant's Wells Fargo, Christian Rowley, and Peter Urias | Nik T. Chourey (*OSB No. 060478*)<br>Amber A. Hollister *(OSB No. 035458)*<br>Oregon State Bar<br>16037 SW Upper Boones Ferry Rd<br>P.O. Box 231935<br>Tigard, OR 97281-1935<br>*Phone:(503) 431-6312*<br>*Fax: (503) 598-6912*<br>nchourey@osbar.org<br>ahollister@osbar.org<br>   Of Attorneys for Oregon State Bar |
| Jessica B. Spooner (*OSB No. 105919*)<br>Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301<br>*Phone: 503-947-4700*<br>*Fax: 503-947-4791*<br>Email: *Jessica.Spooner@doj.state.or.us*<br>   Of Attorneys for defendant's Alex Gardner, Erik Hasselman, Ellen Rosenblum, Benjamin Gutman and Vanessa Nordyke | Tom C. Spooner (*OSB No. 075310*)<br>Spooner & Much, P.C.<br>530 Center Street NE<br>Ste 712<br>Salem, OR 97301<br>503-378-7777<br>Email: tspooner@smapc.com<br>   Of Attorney for Barry Davis |

CERTIFICATE OF SERVICE: Clark v Wells Fargo, et al.

| | |
|---|---|
| Billy M. Sime (*OSB 823932*)<br>Parks Bauer Sime Winkler & Ferneny LLP<br>570 Liberty Street SE<br>Suite 200<br>Salem, OR 97301<br>*(503) 371-3502*<br>*Fax: (503) 371-0429*<br>*Email: bsime@pbswlaw.com*<br>    Of Attorney for David Campbell | David A. Jacobs (*OSB No. 942202*)<br>Luvaas Cobb<br>777 High Street<br>Suite 300<br>Eugene, OR 97401<br>*Phone: (541)484-9292*<br>*Fax: (541)343-1206*<br>*Email: djacobs@luvaascobb.com*<br>    Of Attorney for Bruce Newton |
| Sebastian Tapia (*OSB No. 043761*)<br>Lane County Office of Legal Counsel<br>Lane County Courthouse<br>125 East 8th Avenue<br>Eugene, OR 97401<br>*Phone: 541-682-3728*<br>*Fax: 541-682-3803*<br>*Email: sebastian.tapia@co.lane.or.us*<br>    Of Attorney for Sabastian Newton Tapia | Sivhwa Go (*OSB No. 033252*)<br>Eugene City Attorney's Office<br>125 E 8th Avenue<br>Eugene, OR 97401<br>*Phone: 541-682-8447*<br>*Fax:: 541 682-5414*<br>*Email: hgo@eugene-or.gov*<br>    Of Attorney for Ben Miller |

DATED this 4th day of May, 2020.

GARRETT HEMANN ROBERTSON P.C.

------

*s/ John E Pollino*
John E Pollino
OSB No. 925202
503-581-1501
503-581-5891 (FAX)
jpollino@ghrlawyers.com
Of Attorneys for Defendants Ogletree, Deakins, Nash,
Smoak & Stewart, P.C., Leah Lively, Steven Seymour,
Christopher Mixon, and David Symes