# EXHIBIT B

Exhibit B

## Long, John

| | |
|---|---|
| **From:** | operationsunriselaw@gmail.com |
| **Sent:** | Monday, May 11, 2020 12:01 PM |
| **To:** | jpollino@ghrlawyers.com; hmcfarland@seyfarth.com; bill.williams@usdoj.gov; BoardCommunications@wellsfargo.com |
| **Subject:** | Thank you... |

For your latest filing in 20-00253. The law and Wells Fargo policy require me to continue communicating with anyone and everyone about the physically violent Federal Witness Tampering (Docket 56) and its concealment (Seyfarth) until I feel comfortable that the information gets through to Responsible Corporate Officers at Wells Fargo and Company. I am planning another Rule 24 motion on a mandatory basis and a mailing campaign to their Board of Directors but I hope you agree that ADR is a better way to handle banking matters.

As I testified in Judge Hogan's Court in 2011 (et.seq): The First Amendment obligates me to rightfully present evidence and speak of personal harm that could affect any citizen. I was twice subjected to "SWATTING" (false arrest via bogus threat reporting) and the Hobbs Act Violations are horrific. The concealment of the evidence using the court is documented by the PACER records. The totality of what was done to me is a monument for the Power of Attorney. :)

18 USC 3 also provides guidance to all of us as it was meant to put "teeth" into the First Amendment Obligation. "Rights" are basically the opposite of "Freedom" or "Privilege" despite what most people think. I know not to cry 'fire' in the crowded theater. *And be assured your clients would not be in court if I did not have perfect evidence of what happened and how it was concealed and how vitally applicable it is to ALL CITIZENS including you and yours. Please stop seeing it as a problem for your clients when it is in fact an opportunity. So let's all work together today for a brighter tomorrow*

Thank you from Andy Clark 541.510.3915

Virus-free. www.avast.com

Exhibit B