# EXHIBIT C

Exhibit C

| | |
|---|---|
| **From:** | Rowley, Christian |
| **Sent:** | Wednesday, May 13, 2020 1:48 PM |
| **To:** | 'Andy Clark'; 'courtclark@districtcourtoregon.com' |
| **Cc:** | Rowley, Christian |
| **Subject:** | RE: Cease & Desist Order |

Mr. Clark:

We are disappointed to learn that on Monday, May 11th, you flagrantly violated the Court's Friday, May 8th, Order.

Even if you disagree with that Order, you cannot simply ignore it, as you have done by continuing to send communications directly to Wells Fargo about your claims and theories. In so doing, you have shown your disregard for the Judge, the Court, and the rule of law. We will be seeking relief from the Court in the form of sanctions and, if this behavior continues, potentially a further Order with additional restrictions.

I respectfully encourage you to adhere to the Court's order and direct all future communications to me.

Best regards,

Christian

**Christian J. Rowley** | Partner
San Francisco | Ext: 781001 (+1-415-544-1001) | Mobile: +1-415-377-7195
crowley@seyfarth.com

**From:** Rowley, Christian
**Sent:** Friday, May 8, 2020 3:46 PM
**To:** 'Andy Clark'
**Cc:** Rowley, Christian
**Subject:** Cease & Desist Order

Dear Mr. Clark:

You have been ordered by the United States District Court to direct all communications intended for Wells Fargo or anyone associated with it to me. I have attached the Court Order.

Going forward, please do not attempt to communicate with anyone associated with the Bank or with my firm, except for me. This includes faxes, phone calls, emails, texts or any other form of communication.

We appreciate your anticipated full compliance with this Order, so we don't need to ask the Court to find you in contempt or seek other sanctions.

Have a Good Weekend & Best Regards,

Christian