**Helen M. McFarland** OSB# 013176
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Ste. 3000
Seattle, WA 98104-3100
Telephone: (206) 946-4923
Facsimile: (206) 260-8839

**Christian J. Rowley** (*Pro Hac Vice*)
Crowley@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Attorneys for Wells Fargo Bank, N.A., Christian Rowley,
and Peter Urias*

Hon. Ann Aiken

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ANDREW G. CLARK,**<br><br>Plaintiff Pro Se,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.**, *et al.*<br>Defendants. | Case No. 6:20-cv-253-AA<br><br>DEFENDANT WELLS FARGO BANK, N.A.'s SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE REQUEST FOR AN ORDER TO SHOW CAUSE RE: SANCTIONS AGAINST PLAINTIFF FOR VIOLATING THE COURT'S MAY 8, 2020 ORDER |

Since May 15, 2020, when defendant Wells Fargo filed a Motion for Order to Show Cause regarding why Plaintiff should not be sanctioned for violating the Court's May 8 Order prohibiting Plaintiff from contacting or communicating with Wells Fargo or any affiliated persons or entities unless authorized by the Court, Plaintiff continues to willfully violate this Court's Order in blatant disregard for this Court's authority.

On May 27, 2020, Plaintiff once again made unauthorized contact with Wells Fargo's Board of Directors in a correspondence in which he alleges that the June 2 oral argument hearing that the Court set on May 20 (Docket #91) "is a fraud and a setup," that he was "working on formal bar complaints against anyone with out of state licenses," and that "[n]o matter what…I just keep going." (Supplemental Declaration of Christian J. Rowley ("Suppl. Rowley Decl. ¶ 10, Ex. A). The next day, Plaintiff violates the Order again by contacting one of Wells Fargo's branches by faxing the branch a document entitled "EMERGENCY: DOCKET FRAUD LEADING TO 6-2-20 'KILL ANDY HEARING' How to Detect Case Specific Docket Fraud - Attached FBI Emergency Crime Report," and an email between what appears to be Plaintiff and the Eugene Police Department or the Federal Bureau of Investigation in which Plaintiff reported the alleged "fraud" as "criminal activity." (Suppl. Rowley Decl. ¶ 11, Ex. B).

As set forth more fully in Wells Fargo's prior submissions[1], Plaintiff should be sanctioned and declared as a vexatious litigant.

---

[1] See Docket # 42, 43, 44, 45, 86, 87, 88.

Page 2 -	Defendant's Supplemental MPA ISO Ex Parte Request For OSC re: Sanctions Against Plaintiff For Violating The May 8, 2020 Order

DATED May 29, 2020

                                              s/ Christian J. Rowley
                                              SEYFARTH SHAW LLP
                                              (415) 397-2823
                                              *Attorneys for Wells Fargo Bank, N.A., Christian Rowley, and Peter Urias*