IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ANDREW CLARK,   Case No. 6:20-cv-00253-AA
   **ORDER**

      Plaintiff,

vs.

WELLS FARGO BANK, et al.,

      Defendants.

AIKEN, District Judge:

On June 4, 2020, plaintiff Andrew Clark moved to dismiss his claims against Ellen Rosenblum, Benjamin Gutman, and Vanessa Nordyke without prejudice. Doc. 112. Because these defendants filed a Motion for Summary Judgment (doc. 95) along with other state defendants, plaintiff may voluntarily dismiss his claims against them if these defendants stipulate to dismissal or by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(b).

Pursuant to the Court's June 5, 2020 Order (doc. 114), defendants Rosenblum, Gutman, and Nordyke filed a Response (doc. 116) consenting to plaintiff's requested

Page 1 – ORDER

dismissal without prejudice. Accordingly, plaintiff's claims against defendants Rosenblum, Gutman, and Nordyke are DISMISSED and the Court will treat the state defendants' Motion for Summary Judgment (doc. 95) as applying only to defendants Alex Gardner and Eric Hasselman.

IT IS SO ORDERED.

Dated this 17th day of June 2020

/s/Ann Aiken

Ann Aiken
United States District Judge

Page 2 – ORDER